**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> ENDO VENTURES LIMITED, <br> PAR STERILE PRODUCTS, LLC, and <br> NEVAKAR INJECTABLES, INC., <br><br> *Defendants*. | Civil Action No. 21-cv-1184-CJB |
| ENDO VENTURES LIMITED, <br> PAR STERILE PRODUCTS, LLC, and <br> NEVAKAR INJECTABLES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> *Defendant.* | Civil Action No. 21-cv-1186-CJB |

**JOINT CLAIM CONSTRUCTION CHART**

Baxter Healthcare Corporation ("Baxter") and Endo Ventures Ltd., Par Sterile Products, LLC, and Nevakar Injectables, Inc. (collectively, "Endo") hereby submit this Joint Claim Construction Chart in accordance with the Scheduling Order entered in the above-captioned actions.[1]

---

[1] *Baxter Healthcare Corp. v. Endo Ventures Ltd. et al.*, C.A. No. 21-cv-1184-CJB, D.I. 18, 45; *Endo Ventures Ltd. et al. v. Baxter Healthcare Corp.*, C.A. No. 21-cv-1186-CJB, D.I. 17, 43.

This Joint Claim Construction Chart addresses the claim construction positions of the parties regarding U.S. Patent Nos. 10,159,657 ("the '657 patent"); 10,226,436 ("the '436 patent"); 10,420,735 ("the '735 patent"); 10,471,026 ("the '026 patent"); 10,568,850 ("the '850 patent"); and 10,646,458 ("the '458 patent") (collectively, "the Patents-in-Suit").

Attached as Appendix A are tables identifying the agreed-upon constructions for certain terms as well as the claim terms in dispute.  For each disputed term, the parties provide their respective proposed constructions and citations to the intrinsic evidence in support of their respective constructions.

The parties' citations to passages from a particular Patent-in-Suit's written description are also intended to incorporate by reference the corresponding passages of the written descriptions of related patents.  Cited passages are intended to include all figures and tables referenced therein, whether or not referenced.

The parties reserve the right to rely on additional intrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made by the other party during claim construction briefing.  The parties further reserve the right to rely on any intrinsic evidence identified by the other party.  The parties also reserve their rights to rely on extrinsic evidence. The parties reserve the right to update and/or supplement their proposed claim constructions with the *Markman* briefing in this case.

The parties intend to rely on the Patents-in-Suit, the claims of the Patents-in-Suit, the written descriptions of the Patents-in-Suit, the prosecution histories ("PH") of the Patents-in-Suit, and patents and applications to which the Patents-in-Suit claim priority, including any related patents or patent applications related to the Patents-in-Suit.

The parties understand that the Court does not typically consider issues of indefiniteness at the claim construction stage.  As set forth in Appendix A, Baxter reserves its right to advance indefiniteness arguments at the appropriate time.

Copies of the patents and portions of the PHs relied upon by the parties are attached, as follows:

| Exhibit | Evidence |
|---|---|
| Exhibit 1 | U.S. Patent No. 10,159,657 |
| Exhibit 2 | Portions of the prosecution history of U.S. Patent No. 10,159,657 relied upon by the parties |
| Exhibit 3 | U.S. Patent No. 10,226,436 |
| Exhibit 4 | Portions of the prosecution history of U.S. Patent No. 10,226,436 relied upon by the parties |
| Exhibit 5 | U.S. Patent No. 10,420,735 |
| Exhibit 6 | Portions of the prosecution history of U.S. Patent No. 10,420,735 relied upon by the parties |
| Exhibit 7 | U.S. Patent No. 10,471,026 |
| Exhibit 8 | Portions of the prosecution history of U.S. Patent No. 10,471,026 relied upon by the parties |
| Exhibit 9 | U.S. Patent No. 10,568,850 |
| Exhibit 10 | Portions of the prosecution history of U.S. Patent No. 10,568,850 relied upon by the parties |
| Exhibit 11 | U.S. Patent No. 10,646,458 |
| Exhibit 12 | Portions of the prosecution history of U.S. Patent No. 10,646,458 relied upon by the parties |
| Exhibit 13 | U.S. Provisional Patent Application Serial No. 62/452,220 |

**APPENDIX A**

**I.      TERMS NEEDING CONSTRUCTION AND PROPOSED CONSTRUCTIONS**

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| "norepinephrine"/ "norpinephrine"<br><br>'657 patent: Claims 1-4, 12-14, 18<br><br>'436 patent: Claims 1, 7-8, 11, 13-15, 18-19<br><br>'735 patent: Claims 1, 4-6, 10-16, 20-22<br><br>'026 patent: Claims 1-10, 18<br><br>'850 patent: Claims 1-19<br><br>'458 patent: Claims 1, 11-16, 21-23 | **Proposed Construction:**<br><br>"norepinephrine or a salt thereof"<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'657 patent at including but not limited to 3:56-4:62, 5:31-37, 6:4-7:23, claim 1; '436 patent at including but not limited to 3:57-4:64, 5:32-38, 6:4-7:25; '735 patent at including but not limited to 3:56-4:62, 5:31-37, 6:4-7:25, claims 1, 5, 6, 14, and 16; '026 patent at including but not limited to 3:56-4:62, 5:31-37, 6:4-7:23, | **Proposed Construction:**<br><br>"norepinephrine and pharmaceutically acceptable salts (e.g., norepinephrine bitartrate) and prodrugs thereof"<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'735 patent[5] at including but not limited to: 4:22-25, Claims 1, 4-6, 10-16, 20-22; '657 patent at Claims 1-4, 12-14, 18; '436 patent at Claims 1, 7-8, 11, 13-15, 18-19; '026 patent at Claims 1-10, 18; '850 |

---

[2] During the initial exchange of proposed claim terms, Baxter disclosed a number of claim terms that it maintains are indefinite. In view of the parties' understanding of the Court's claim construction practice, the parties do not intend to address the merits of any indefiniteness argument as part of these claim construction proceedings. Baxter reserves its rights to raise any and all indefiniteness arguments during discovery, and Endo reserves the right to oppose any and all indefiniteness arguments raised by Baxter during this litigation.

[3] As stated above, the parties reserve the right to rely on any patent section or prosecution history section identified by the other party.

[4] As stated above, the parties reserve the right to rely on any patent section or prosecution history section identified by the other party.

[5] Because there is a common written description among the patents at issue, Baxter's reference to the '735 patent specifications applies equally to the other patents at issue in this case. Further, Baxter reserves the right to rely on any patent section or prosecution history section relied upon by Endo.

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | claims 1-9; '850 patent at including but not limited to 3:56-4:62, 5:31-37, 6:4-7:25, claims 1, 12, 18, and 19; '458 patent at including but not limited to 3:56-4:62, 5:31-37, 6:4-7:22, claims 1, 15, and 21-23.<br><br>Prosecution History<br>'657 patent PH:  04/10/2018 Specification; 04/10/2018 Claims; 04/10/2018 Abstract; 07/03/2018 Non-Final Rejection; 09/19/2018 Response; 10/16/2018 Final Rejection; 10/26/2018 Response.<br><br>'436 patent PH:  01/30/2018 Specification; 01/30/2018 Claims; 01/30/2018 Abstract; 03/23/2018 Response; 07/05/2018 Requirement for Restriction; 09/07/2018 Response; 10/22/2018 Non-Final Rejection; 11/13/2018 Amendment; 12/04/2018 Final Rejection; 12/12/2018 Response.<br><br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; 05/23/2019 Final Rejection; 06/29/2019 Response. | patent at Claims 1-19; '458 patent at Claims 1, 11-16, 21-23. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | '026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response.<br><br>'850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response.<br><br>'458 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 11/20/2019 Non-Final Rejection; 01/31/2020 Response. | |
| **"antioxidants"**<br><br>'657 patent: Claim 1<br><br>'436 patent: Claims 1, 13<br><br>'735 patent: Claims 1, 14<br><br>'026 patent: Claim 1<br><br>'850 patent: Claim 1<br><br>'458 patent: Claim 1 | **Proposed Construction:**<br><br>"excipients whose function is commonly understood by a person of ordinary skill in the art to be antioxidants, as listed in the Handbook of Pharmaceutical Excipients (7th ed.)"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'657 patent at including but not limited to Abstract, 1:13-16, 2:1-4:62, 5:19-57, 7:24-47; '436 patent at including but not limited to Abstract, 1:10-13, 1:39-4:64, 5:20-57, 7:26-52; '735 patent at including | **Proposed Construction:**<br><br>"agents that inhibit oxidation of another agent"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'735 patent at including but not limited to: 2:15-19, 38-45, 3:16-32, 7:26-38, Tables 1, 3, Claims 1, 14; '657 patent at Claim 1; '436 patent at Claims 1, 13; '026 patent at Claim 1; '850 patent at Claim 1; '458 patent at Claim 1.<br><br>Prosecution History |

A-3

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | but not limited to Abstract, 1:10-13, 2:1-4:62, 5:19-57, 7:26-52; '026 patent at including but not limited to Abstract, 1:13-16, 2:1-4:62, 5:19-57, 7:24-47; '850 patent at including but not limited to Abstract, 1:14-17, 2:1-4:62, 5:19-57, 7:26-52; '458 patent at including but not limited to Abstract, 1:13-16, 2:1-4:62, 5:19-57, 7:23-44.<br><br>Prosecution History<br>'657 patent PH:  04/10/2018 Specification; 04/10/2018 Claims; 04/10/2018 Abstract; 07/03/2018 Non-Final Rejection; 09/19/2018 Response; 10/16/2018 Final Rejection; 10/26/2018 Response.<br><br>'436 patent PH:  01/30/2018 Specification; 01/30/2018 Claims; 01/30/2018 Abstract; 03/23/2018 Response; 07/05/2018 Requirement for Restriction; 09/07/2018 Response; 10/22/2018 Non-Final Rejection; 11/13/2018 Amendment; 12/04/2018 Final Rejection; 12/12/2018 Response.<br><br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; | '220 provisional application at including but not limited to:  [0006]-[0007], [0020]-[0021], [0036]-[0038].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 5, 10; '657 patent PH, 7/3/2018 Non-Final Rejection at 4, 9/19/2018 Amendment at 2, 5, 10/16/2018 Final Rejection at 2.<br><br>'735 patent PH at including but not limited to:  '735 patent PH, 2/8/2019 Non-Final Rejection at 3-4, 4/2/2019 Amendment at 6-7; 5/23/2019 Final Rejection at 2. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | 05/23/2019 Final Rejection; 06/29/2019 Response.<br><br>'026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response.<br><br>'850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response.<br><br>'458 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 11/20/2019 Non-Final Rejection; 01/31/2020 Response. | |
| "chelating agent"<br><br>'657 patent: Claims 1, 6-9<br><br>'436 patent: Claims 1, 3-4, 13<br><br>'735 patent: Claims 1, 7-8, 14<br><br>'026 patent: Claims 1, 11-15<br><br>'850 patent: Claims 1, 14-15<br><br>'458 patent: Claims 1, 17-18 | **Proposed Construction:**<br><br>"includes various bicarboxylic acids, tricarboxylic acids, and aminopolycarboxylic acids such as ethylenediaminetetraacetic acid (EDTA), ethylene glycol-bis(β-aminoethyl ether)-N,N,N',N'-tetraacetic acid (EGTA), and penta(carboxymethyl)diethylenetriamine (DTPA), and salts and hydrates thereof"<br><br>**Intrinsic Evidence:** | **Proposed Construction:**<br><br>"a separate chemical compound, added to the composition, with at least two donor groups that form a ring structure with a metal ion"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'735 patent at including but not limited to: 2:22 – 3:18, 3:56-67, 4:22-59, 4:67 – 5:10, 6:39-41, 6:55 – 7:8, 10:26 – 18:67, Claims |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | Specification<br>'657 patent at including but not limited to 3:56-5:11, 6:31-7:8; '436 patent at including but not limited to 3:57-5:13, 6:31-7:8; '735 patent at including but not limited to 3:56-5:11, 6:31-7:8; '026 patent at including but not limited to 3:56-5:11, 6:31-7:8; '850 patent at including but not limited to 3:56-5:11, 6:31-7:8; '458 patent at including but not limited to 3:56-5:11, 6:31-7:8.<br><br>Prosecution History<br>'657 patent PH:  04/10/2018 Specification; 04/10/2018 Claims; 04/10/2018 Abstract; 07/03/2018 Non-Final Rejection; 09/19/2018 Response; 10/16/2018 Final Rejection; 10/26/2018 Response.<br><br>'436 patent PH:  01/30/2018 Specification; 01/30/2018 Claims; 01/30/2018 Abstract; 03/23/2018 Response; 07/05/2018 Requirement for Restriction; 09/07/2018 Response; 10/22/2018 Non-Final Rejection; 11/13/2018 Amendment; 12/04/2018 Final Rejection; 12/12/2018 Response.<br><br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; | 1-22; '657 patent at Claims 1-19; '436 patent at Claims 1-20; '026 patent at Claims 1-18; '850 patent at Claims 1-19; '458 patent at Claims 1-23.<br><br>Prosecution History<br>'220 provisional application at including but not limited to: [0006], [0011], [0014], [0016], [0018], [0021]-[0022], [0028]-[0040], Claims 1, 9-10, 15, 25-26, 30.<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 7-10.<br><br>'436 patent PH at including but not limited to:  '798 application at Claims 1, 3-4, 13.<br><br>'735 patent PH at including but not limited to:  '480 application at Claims 1, 4, 6-7, 10, 16, 18-19, 22; '735 patent PH, 2/8/2019 Non-Final Rejection at 3; 4/2/2019 Amendment at 2, 6-7.<br><br>'026 patent PH at including but not limited to:  '476 application at Claims 1, 9, 11-15. |

A-6

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; 05/23/2019 Final Rejection; 06/29/2019 Response.<br><br>'026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response.<br><br>'850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response.<br><br>'458 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 11/20/2019 Non-Final Rejection; 01/31/2020 Response. | '850 patent PH at including but not limited to:  '461 application at Claims 1, 13-16.<br><br>'458 patent PH at including but not limited to:  '465 application at Claims 1, 15-18. |
| "tonicity agent"/ "tonicity adjusting agent"<br><br>'735 patent: Claims 1, 9, 14, 19<br><br>'026 patent: Claims 1<br><br>'850 patent: Claims 1, 16<br><br>'458 patent: Claims 1, 19 | **Proposed Construction:**<br><br>"excipient whose function is commonly understood by a person of ordinary skill in the art to be a tonicity agent, as listed in the Handbook of Pharmaceutical Excipients (7th ed.)"<br><br>**Intrinsic Evidence:**<br><br>Specification | **Proposed Construction:**<br><br>"a separate chemical compound, added to the composition, that increases osmolality of the composition"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'735 patent at including but not limited to: 3:56-67, 4:26-59, 7:9-25, 9:10-13, Claims |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | '735 patent at including but not limited to 4:43-62, 7:9-23; '026 patent at including but not limited to 4:43-62, 7:9-23; '850 patent at including but not limited to 4:43-62, 7:9-25; '458 patent at including but not limited to 4:43-62, 7:9-22.<br><br>Prosecution History<br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; 05/23/2019 Final Rejection; 06/29/2019 Response.<br><br>'026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response.<br><br>'850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response.<br><br>'458 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 11/20/2019 Non-Final Rejection; 01/31/2020 Response. | 1-22; '026 patent at Claims 1-18; '850 patent at Claims 1-19; '458 patent at Claims 1-23.<br><br>Prosecution History<br>'220 provisional application at including but not limited to:  [0020], claims 1, 11, 15, 27. |

A-8

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| "an amount of between 0.6 wt % and 1.2 wt %"<br><br>'436 patent: Claim 1<br><br>'735 patent: Claims 9, 19<br><br>'026 patent: Claim 1<br><br>'850 patent: Claim 1<br><br>'458 patent: Claim 1 | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "an amount of between 0.6 wt % and 1.2 wt %"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'657 patent at including but not limited to 3:33-44, 3:56-5:11. 6:4-7:23, 8:11-34, 19:57-20:9; '436 patent at including but not limited to 3:34-45, 3:57-5:13, 6:4-7:25, 8:19-44, 21:1-20; '735 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:25, 8:19-44, 20:61-21:14; '026 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:23, 8:11-38, 19:55-20:7; '850 patent at including but not limited to 3:33-44, 3:56-5:11, 6:4-7:25, 8:19-45, 19:57-20:9; '458 patent at including but not limited to 3:33-44, 3:56-5:11, 6:4-7:22, 8:7-27, 20:1-20.<br><br>Prosecution History<br>'436 patent PH:  01/30/2018 Specification; 01/30/2018 Claims; 01/30/2018 Abstract; 03/23/2018 Response; 07/05/2018 Requirement for Restriction; 09/07/2018 Response; 10/22/2018 Non-Final Rejection; | **Proposed Construction:**<br><br>"an amount of between exactly 0.6 wt % and exactly 1.2 wt %"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'735 patent at including but not limited to: 3:56-67, 4:43-51, 5:31-35, 7:9-25, 20:62 – 21:14, Claims 9, 19; '026 patent at Claim 1; '850 patent at Claim 1; '458 patent at Claim 1.<br><br>Prosecution History<br>'220 provisional application at including but not limited to:  [0046].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 13-15; '657 patent PH, 9/19/2018 Amendment at 3, 5.<br><br>'436 patent PH at including but not limited to:  '798 application at Claims 8, 15.<br><br>'735 patent PH at including but not limited to:  '480 application at Claims 5, 11-15, 17, 23-26. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | 11/13/2018 Amendment; 12/04/2018 Final Rejection; 12/12/2018 Response.<br><br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; 05/23/2019 Final Rejection; 06/29/2019 Response.<br><br>'026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response.<br><br>'850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response.<br><br>'458 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 11/20/2019 Non-Final Rejection; 01/31/2020 Response. | '026 patent PH at including but not limited to:  '476 application at Claims 2-8, 10, 13; '026 patent PH, 6/27/2019 Amendment at 3.<br><br>'850 patent PH at including but not limited to:  '461 application at Claims 14, 19-20.<br><br>'458 patent PH at including but not limited to:  '465 application at Claims 13, 16, 21-23. |
| "in an amount of between 1 µg/ml and 100 µg/ml"<br><br>'436 patent: Claim 1<br><br>'735 patent: Claim 14 | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "in an amount of between 1 µg/ml and 100 µg/ml" | **Proposed Construction:**<br><br>"in an amount of between exactly 1 µg/ml and exactly 100 µg/ml"<br><br>**Intrinsic Evidence:** |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| '026 patent: Claim 1<br><br>'850 patent: Claim 1 | **Intrinsic Evidence:**<br><br>Specification<br>'436 patent at including but not limited to 3:34-45, 3:57-5:13, 6:4-7:25, 8:19-44, 21:1-20; '735 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:25, 8:19-44, 20:61-21:14; '026 patent at including but not limited to  3:33-44, 3:56-5:12, 6:4-7:23, 8:11-38, 19:55-20:7; '850 patent at including but not limited to 3:33-44, 3:56-5:11, 6:4-7:25, 8:19-45, 19:57-20:9.<br><br>Prosecution History<br>'436 patent PH:  01/30/2018 Specification; 01/30/2018 Claims; 01/30/2018 Abstract; 03/23/2018 Response; 07/05/2018 Requirement for Restriction; 09/07/2018 Response; 10/22/2018 Non-Final Rejection; 11/13/2018 Amendment; 12/04/2018 Final Rejection; 12/12/2018 Response.<br><br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; 05/23/2019 Final Rejection; 06/29/2019 Response. | Specification<br>'735 patent at including but not limited to: 20:62 – 21:14, Claim 14; '026 patent at Claim 1; '850 patent at Claim 1; '436 patent at Claim 1.<br><br>Prosecution History<br>'220 provisional application at including but not limited to:  [0046].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 13-15; '657 patent PH, 9/19/2018 Amendment at 3, 5.<br><br>'436 patent PH at including but not limited to:  '798 application at Claims 8, 15.<br><br>'735 patent PH at including but not limited to:  '480 application at Claims 5, 11-15, 17, 23-26.<br><br>'026 patent PH at including but not limited to:  '476 application at Claims 2-8, 10, 13; '026 patent PH, 6/27/2019 Amendment at 3. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | '026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response.<br><br>'850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response. | '850 patent PH at including but not limited to:  '461 application at Claims 14, 19-20.<br><br>'458 patent PH at including but not limited to:  '465 application at Claims 13, 16, 21-23. |
| **"at a concentration of between 10 µg/ml and 100 µg/ml"**<br><br>'657 patent: Claims 7, 9<br><br>'436 patent: Claims 4, 7, 13<br><br>'735 patent: Claims 1, 8, 14<br><br>'026 patent: Claim 15 | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "at a concentration of between 10 µg/ml and 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'657 patent at including but not limited to 3:33-44, 3:56-5:11. 6:4-7:23, 8:11-34, 19:57-20:9; '436 patent at including but not limited to 3:34-45, 3:57-5:13, 6:4-7:25, 8:19-44, 21:1-20; '735 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:25, 8:19-44, 20:61-21:14; '026 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:23, 8:11-38, 19:55-20:7. | **Proposed Construction:**<br><br>"at a concentration of between exactly 10 µg/ml and exactly 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'735 patent at including but not limited to: 20:62 – 21:14, Claims 1, 8, 14; '026 patent at Claim 15; '657 patent at Claims 7, 9 1; '436 patent at Claims 4, 7, 13.<br><br><u>Prosecution History</u><br>'220 provisional application at including but not limited to:  [0046].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | Prosecution History<br>'657 patent PH:  04/10/2018 Specification; 04/10/2018 Claims; 04/10/2018 Abstract; 07/03/2018 Non-Final Rejection; 09/19/2018 Response; 10/16/2018 Final Rejection; 10/26/2018 Response.<br><br>'436 patent PH:  01/30/2018 Specification; 01/30/2018 Claims; 01/30/2018 Abstract; 03/23/2018 Response; 07/05/2018 Requirement for Restriction; 09/07/2018 Response; 10/22/2018 Non-Final Rejection; 11/13/2018 Amendment; 12/04/2018 Final Rejection; 12/12/2018 Response.<br><br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; 05/23/2019 Final Rejection; 06/29/2019 Response.<br><br>'026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response. | 13-15; '657 patent PH, 9/19/2018 Amendment at 3, 5.<br><br>'436 patent PH at including but not limited to:  '798 application at Claims 8, 15.<br><br>'735 patent PH at including but not limited to:  '480 application at Claims 5, 11-15, 17, 23-26.<br><br>'026 patent PH at including but not limited to:  '476 application at Claims 2-8, 10, 13; '026 patent PH, 6/27/2019 Amendment at 3.<br><br>'850 patent PH at including but not limited to:  '461 application at Claims 14, 19-20.<br><br>'458 patent PH at including but not limited to:  '465 application at Claims 13, 16, 21-23. |
| **"at a concentration of between 1 μg/ml and 100 μg/ml"** | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "at a | **Proposed Construction:** |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| '735 patent: Claim 1 | concentration of between 1 µg/ml and 100 µg/ml" | "at a concentration of between exactly 1 µg/ml and exactly 100 µg/ml" |
| | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | <u>Specification</u><br>'735 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:25, 8:19-44, 20:61-21:14. | <u>Specification</u><br>'735 patent at including but not limited to: 20:62 – 21:14, Claim 1. |
| | <u>Prosecution History</u><br>'735 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 02/08/2019 Non-Final Rejection; 04/02/2019 Response; 05/23/2019 Final Rejection; 06/29/2019 Response. | <u>Prosecution History</u><br>'220 provisional application at including but not limited to:  [0046].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 13-15; '657 patent PH, 9/19/2018 Amendment at 3, 5.<br><br>'436 patent PH at including but not limited to:  '798 application at Claims 8, 15.<br><br>'735 patent PH at including but not limited to:  '480 application at Claims 5, 11-15, 17, 23-26.<br><br>'026 patent PH at including but not limited to:  '476 application at Claims 2-8, 10, 13; '026 patent PH, 6/27/2019 Amendment at 3. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | | '850 patent PH at including but not limited to: '461 application at Claims 14, 19-20.<br><br>'458 patent PH at including but not limited to: '465 application at Claims 13, 16, 21-23. |
| **"between 10 µg/ml and 100 µg/ml"**<br><br>'026 patent: Claim 1 | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "between 10 µg/ml and 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'026 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:23, 8:11-38, 19:55-20:7.<br><br><u>Prosecution History</u><br>'026 patent PH: 10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response. | **Proposed Construction:**<br><br>"between exactly 10 µg/ml and exactly 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'735 patent at including but not limited to: 20:62 – 21:14; '026 patent at Claim 1. |
| **"at a concentration of between 1 µg/ml and 10 µg/ml"**<br><br>'026 patent: Claim 14 | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "at a concentration of between 1 µg/ml and 10 µg/ml"<br><br>**Intrinsic Evidence:** | **Proposed Construction:**<br><br>"at a concentration of between exactly 1 µg/ml and exactly 10 µg/ml"<br><br>**Intrinsic Evidence:** |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | Specification<br> '026 patent at including but not limited to 3:33-44, 3:56-5:12, 6:4-7:23, 8:11-38, 19:55-20:7.<br><br>Prosecution History<br>'026 patent PH:  10/17/2018 Specification; 10/17/2018 Claims; 10/17/2018 Abstract; 06/07/2019 Non-Final Rejection; 06/27/2019 Response. | Specification<br>'735 patent at including but not limited to: 20:62 – 21:14; '026 patent at Claim 14. |
| "in an amount of between 10 μg/ml and 100 μg/ml"<br><br>'850 patent: Claim 1 | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "in an amount of between 10 μg/ml and 100 μg/ml"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'850 patent at including but not limited to 3:33-44, 3:56-5:11, 6:4-7:25, 8:19-45, 19:57-20:9.<br><br>Prosecution History<br> '850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response. | **Proposed Construction:**<br><br>"in an amount of between exactly 10 μg/ml and exactly 100 μg/ml"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'735 patent at including but not limited to: 20:62 – 21:14; '850 patent at Claim 1.<br><br>Prosecution History<br>'220 provisional application at including but not limited to:  [0046].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 13-15; '657 patent PH, 9/19/2018 Amendment at 3, 5. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | | '436 patent PH at including but not limited to: '798 application at Claims 8, 15.<br><br>'735 patent PH at including but not limited to: '480 application at Claims 5, 11-15, 17, 23-26.<br><br>'026 patent PH at including but not limited to: '476 application at Claims 2-8, 10, 13; '026 patent PH, 6/27/2019 Amendment at 3.<br><br>'850 patent PH at including but not limited to: '461 application at Claims 14, 19-20.<br><br>'458 patent PH at including but not limited to: '465 application at Claims 13, 16, 21-23. |
| "in an amount of between 10 µg/ml and 100 µm/ml"<br><br>'458 patent: Claim 1 | **Proposed Construction:**<br><br>Plain and ordinary meaning, i.e., "in an amount of between 10 µg/ml and 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'458 patent at including but not limited to 3:33-44, 3:56-5:11, 6:4-7:22, 8:7-27, | **Proposed Construction:**<br><br>"in an amount of between exactly 10 µg/ml and exactly 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'735 patent at including but not limited to: 20:62 – 21:14; '458 patent at Claim 1. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | 20:1-20.<br><br>Prosecution History<br>'458 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 11/20/2019 Non-Final Rejection; 01/31/2020 Response. | Prosecution History<br>'220 provisional application at including but not limited to:  [0046].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 13-15; '657 patent PH, 9/19/2018 Amendment at 3, 5.<br><br>'436 patent PH at including but not limited to:  '798 application at Claims 8, 15.<br><br>'735 patent PH at including but not limited to:  '480 application at Claims 5, 11-15, 17, 23-26.<br><br>'026 patent PH at including but not limited to:  '476 application at Claims 2-8, 10, 13; '026 patent PH, 6/27/2019 Amendment at 3.<br><br>'850 patent PH at including but not limited to:  '461 application at Claims 14, 19-20.<br><br>'458 patent PH at including but not limited to:  '465 application at Claims 13, 16, 21-23. |
| "in an amount of between 1 µg/ml and 100 µm/ml" | Proposed Construction: | Proposed Construction: |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| '458 patent: Claim 1 | Plain and ordinary meaning, i.e., "in an amount of between 1 µg/ml and 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'458 patent at including but not limited to 3:33-44, 3:56-5:11, 6:4-7:22, 8:7-27, 20:1-20.<br><br>Prosecution History<br>'458 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 11/20/2019 Non-Final Rejection; 01/31/2020 Response. | "in an amount of between exactly 1 µg/ml and exactly 100 µg/ml"<br><br>**Intrinsic Evidence:**<br><br>Specification<br>'735 patent at including but not limited to: 20:62 – 21:14; '458 patent at Claim 1.<br><br>Prosecution History<br>'220 provisional application at including but not limited to:  [0046].<br><br>'657 patent PH at including but not limited to:  '736 application at Claims 1, 13-15; '657 patent PH, 9/19/2018 Amendment at 3, 5.<br><br>'436 patent PH at including but not limited to:  '798 application at Claims 8, 15.<br><br>'735 patent PH at including but not limited to:  '480 application at Claims 5, 11-15, 17, 23-26.<br><br>'026 patent PH at including but not limited to:  '476 application at Claims 2-8, 10, 13; '026 patent PH, 6/27/2019 Amendment at 3. |

| Term (Patent/Claims)[2] | Endo's Proposed Construction and Intrinsic Evidence[3] | Baxter's Proposed Construction and Intrinsic Evidence[4] |
|---|---|---|
| | | '850 patent PH at including but not limited to: '461 application at Claims 14, 19-20.<br><br>'458 patent PH at including but not limited to: '465 application at Claims 13, 16, 21-23. |
| **"large volume, polymeric, semi-permeable infusion container"**<br><br>'850 patent: Claim 2 | **Proposed Construction:**<br><br>e.g. blow-fill-seal container or flexible IV bag<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'850 patent at including but not limited to 5:58-6:30, 7:65-8:45, 15:54-60.<br><br><u>Prosecution History</u><br>'850 patent PH:  01/03/2019 Specification; 01/03/2019 Claims; 01/03/2019 Abstract; 07/23/2019 Non-Final Rejection; 08/21/2019 Response; 09/30/2019 Response | **Proposed Construction:**<br><br>Indefinite<br><br>**Intrinsic Evidence:**<br><br><u>Specification</u><br>'850 patent at specification, Claim 2. |

## II.      AGREED-UPON CONSTRUCTIONS

| Term (Patent/Claims)[6] | Agreed-Upon Construction |
|---|---|
| **"substantially free of antioxidants"**<br><br>'657 patent: Claim 1<br><br>'436 patent: Claims 1, 13<br><br>'735 patent: Claims 1, 14<br><br>'026 patent: Claim 1<br><br>'850 patent: Claim 1<br><br>'458 patent: Claim 1 | "does not include antioxidants in an amount effective to reduce degradation of total norepinephrine by at least 1% when stored over a period of at least three months at 25° C" |

---

[6] During the initial exchange of proposed claim terms, Baxter disclosed a number of claim terms that it maintains are indefinite.  Further, despite agreeing to a proposed construction for this claim term, Baxter maintains that claims containing the term are indefinite.  In view of the parties' understanding of the Court's claim construction practice, the parties do not intend to address the merits of any indefiniteness argument as part of these claim construction proceedings.  Baxter reserves its rights to raise any and all indefiniteness arguments during discovery, and Endo reserves the right to oppose any and all indefiniteness arguments raised by Baxter during this litigation.

Dated:  May 5, 2022

/s/ *Philp A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)

POTTER ANDERSON & CORROON
LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19801

OF COUNSEL:
William A. Rakoczy
Paul J. Molino
Tara M. Raghavan
Steven J. Birkos
Conly S. Wythers
Greg L. Goldblatt
RAKOCZY MOLINO MAZZOCHI
SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 222-6301

*Attorneys for Baxter Healthcare
Corporation*

Respectfully submitted,

/s/ *Steven J. Fineman*
Steven J. Fineman (# 4025)
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
pedi@rlf.com

OF COUNSEL:
David H. Silverstein
Ross E. Blau
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
dsilverstein@axinn.com
rblau@axinn.com

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
aburgy@axinn.com

David K. Ludwig
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
dludwig@axinn.com

*Attorneys for Endo Ventures Limited, Par Sterile
Products, LLC, and Nevakar Injectables, Inc.*