

Steven J. Fineman
(302) 651-7592
fineman@rlf.com

August 10, 2022

**BY CM/ECF & HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> RE: *Baxter Healthcare Corporation v. Endo Ventures Limited, et al.*, C.A. No. 21-1184-CJB; *Endo Ventures Limited, et al. v. Baxter Healthcare Corporation*, C.A. No. C.A. No. 21-1186-CJB

Dear Judge Burke:

I write on behalf of all parties pursuant to the Court's August 4, 2022 Oral Order (D.I. 64 in C.A. No. 21-1184; D.I. 63 in C.A. No. 21-1186). As Your Honor is aware, a claim construction hearing is scheduled in this matter for August 18, 2022 at 1:00 p.m. (the "Hearing"). The parties have met and conferred, but are not in agreement that the Hearing should be held via videoconference. In accordance with the Court's August 4, 2022 Oral Order (*id.*), we understand this to mean that the Hearing shall remain an in-person hearing. The parties have agreed to address each term in the order that they appear in the Joint Claim Construction Brief, with Endo Ventures Limited, Par Sterile Products, LLC, and Nevakar Injectables, Inc. ("Endo") presenting first for each term.

Per Your Honor's August 4, 2022 Oral Order, the parties also met and conferred about the remaining disputed terms, but were unable to reach any further agreements on constructions or to further narrow claim construction disputes. Specifically, the parties met and conferred via conference call on August 5, 2022 for twenty-nine minutes, with David H. Silverstein and Aziz Burgy of Axinn, Veltrop & Harkrider LLP (lead counsel) and Kelly E. Farnan and Nicole K. Pedi of Richards, Layton & Finger, P.A. (Delaware counsel) participating for Endo, and Tara M. Raghavan and Steven J. Birkos of Rakoczy Molino Mazzochi Siwik LLP (lead counsel) and Philip A. Rovner of Potter Anderson & Corroon LLP (Delaware counsel) participating for Baxter Healthcare Corporation.

Baxter also advises the Court that pursuant to Court's Standing Order Regarding Courtroom Opportunities for Newer Attorneys (https://www.ded.uscourts.gov/sites/ded/files/StandingOrder2017.pdf), an attorney "practicing for less than seven years" will argue one or more terms on behalf of Baxter at the Hearing. *See* 4/27/2022 Docket Remark.

Should Your Honor have any questions or require anything further, counsel remain available at the convenience of the Court.

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

The Honorable Christopher J. Burke
Page 2
August 10, 2022

                                                Respectfully,

                                                */s/ Steven J. Fineman*

                                                Steven J. Fineman (#4025)

cc: All Counsel of Record (By CM/ECF)